# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SELECT HARVEST USA LLC ) <br> ) <br> _____ ) <br> *Plaintiff(s)* ) <br> ) <br> v. ) <br> ) <br> INDIAN OVERSEAS BANK ) <br> ) <br> _____ ) <br> *Defendant(s)* | Civil Action No. 22-cv-3931(LJL) |

## AFFIDAVIT OF SERVICE

State of New York, County of Rockland SS:

**Shiv Patel,** being duly sworn, deposes and says that he is not a party to the above action, and is over 18 years of age.

On **August 16, 2022,** at approximately **10:47 am,** deponent served the following documents upon **Indian Overseas Bank ("IOB")** c/o Global Payment Advisory Group, its Authorized Agent for Service of Legal Process @ 90 Village Green – Bardonia, New York 10954:

- Notice of Motion
- Proposed Default Judgment
- Declaration of Corey R. Greenwald In Support Of Motion For Default Judgment Pursuant To FRCP 55(b)(2) And Local Rule 55.2(b)

- Exhibit 1: June 9, 2022 email from John Santopietro to Rajiv Ranjan Mallick confirming Global Payment Advisory Group ("GPAG") completed its role as process agent by delivering summons to IOB

- Exhibit 2: June 9, 2022 email from Rajiv Mallick to John Santopietro sending IOB's "Answer"

- Exhibit 3: July 19, 2022 email from William M. Cooney to Rajiv Mallick sending Notice of Initial Pretrial Conference

- Exhibit 4: Letter dated July 19, 2022 from William M. Cooney to Rajiv Mallick regarding IOB's default

- Exhibit 5: Example Cover Letter of Collection Instructions

- Exhibit 6: March 18, 2022 SWIFT from IOB confirming receipt of collection instructions for each load

Scanned with CamScanner

- Exhibit 7: April 4, 2022 SWIFT from IOB instructing Select Harvest to contact Agson directly to collect payment
- Exhibit 8: Spreadsheet of information on the 58 loads
- Exhibit 9-20: Sales Contracts
- Exhibit 21 – 74: Commercial documents per load
- Exhibit 75: Example of correspondence from IOB returning documents to Wells Fargo
- Exhibit 76: Complaint
- Exhibit 77: Certificate of Default
- Exhibit 78: Civil Cover Sheet
- Exhibit 79: FRCP 7.1 statement
- Exhibit 80: Summons
- Exhibit 81: Affidavit of Service of Summons
- Exhibit 82: Notice of Motion for Default Judgment
- Exhibit 83: Proposed Default Judgment

Deponent delivered the aforementioned documents to John Santopietro (Representative of Global Payment Advisory Group), who accepted service of the aforementioned documents on behalf of Indian Overseas Bank.

John Santopietro's approximate physical description is:
Skin Color:     White
Gender:         Male
Hair Color:     Bald
Eye Color:      Brown
Height:         6' 0"
Weight:         180 - 190 lbs.
Age:            40 – 45 years old

Sworn to before me on this

____ Day of August 2022

_____
Notary Public

NEIL F. AGYIRI
Notary Public - State of New York
NO. 01AG6324731
Qualified in Rockland County
My Commission Expires May 11, 2023

_____
Shiv Patel