UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SELECT HARVEST USA LLC, :
:
                     Plaintiff, :         22-CV-3931 (JGLC)
:
                                      -v-                                                   :          ORDER
:
INDIAN OVERSEAS BANK, :
:
                   Defendant. :
:
-------------------------------------------------------------------X

JESSICA G. L. CLARKE, United States District Judge:

        On August 17, 2023, counsel for Defendant Indian Overseas Bank, Nitin Kaushik and Vivek Suri, filed a motion to withdraw as Defendant's counsel. *See* ECF Nos. 47 and 48. By **August 23, 2023,** counsel for Defendant shall serve (1) the motion and any supporting documents and (2) a copy of this Order on their client, and by **August 24, 2023,** file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4.

        Any opposition to the motion to withdraw shall be filed by **August 25, 2023**; any reply shall be filed by **August 29, 2023**. Unless and until the Court grants the motion, Mr. Kaushik and Mr. Suri remain counsel of record. If Defendant has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

        SO ORDERED.

Dated: August 21, 2023
       New York, New York

                                                                                   JESSICA G. L. CLARKE
                                                                                   United States District Judge