UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELECT HARVEST USA LLC,<br><br>                        Plaintiff,<br><br>          -against-<br><br>INDIAN OVERSEAS BANK,<br><br>                        Defendant. | 22-CV-3931 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      On March 4, 2024, Plaintiff Select Harvest USA LLC ("Select Harvest") filed a motion for default judgment against Defendant Indian Overseas Bank. ECF No. 63. Select Harvest seeks a judgment in their favor in the amount of $3,571,204.07, in addition to pre-judgment interest, post-judgment interest and attorney's fees. *See id.* Select Harvest's accompanying papers however, fail to demonstrate the basis for the requested attorney's fees. Accordingly, Plaintiff is hereby ORDERED to submit a detailed accounting of the attorney's fees by no later than **April 19, 2024**.

Dated: April 10, 2024
       New York, New York

                                                          SO ORDERED.

                                                          *Jessica Clarke*
                                                          _____
                                                          JESSICA G. L. CLARKE
                                                          United States District Judge