UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SELECT HARVEST USA LLC,

     Plaintiff,

-against-

INDIAN OVERSEAS BANK,

     Defendant.

---

22-CV-3931 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On March 4, 2024, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 63.

On March 5, 2024, the Court issued an Order to Show Cause ordering Defendant to respond in writing no later than March 19, 2024 as to why an order should not be issued granting a default judgment against Defendant. ECF No. 66. The Court warned that if Defendant failed to respond by that date, judgment may be entered against it. *Id*. Defendant failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendants.

The Court refers the case to Magistrate Judge Netburn for an inquest to determine the judgment to be entered.

The Clerk of Court is directed to terminate ECF No. 63.

  SO ORDERED.

Dated: November 7, 2024
   New York, New York

                 _____
                 JESSICA G. L. CLARKE
                 United States District Judge